IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

2019 JAN 16 PM 3:18

CLERK-LAS CRUCES

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | CRIMINAL NO. 19CR137 RB |
| vs. | ) ) ) | 21 U.S.C. §§ 841(a)(1) and (b)(1)(B): Distribution of 5 Grams and More of |
| **MARIO REYNOSO**, | ) ) | Methamphetamine; 18 U.S.C. § 2: Aiding and Abetting. |
| Defendant. | ) | |

# INDICTMENT

The Grand Jury charges:

On or about May 8, 2018, in Doña Ana County, in the District of New Mexico, the defendant, **MARIO REYNOSO**, unlawfully, knowingly and intentionally distributed a controlled substance, 5 grams and more of methamphetamine.

In violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(B), and 18 U.S.C. § 2.

A TRUE BILL:

/s/
FOREPERSON OF THE GRAND JURY

1/8/2019 4:51 PM

Assistant United States Attorney

11/29/2018 1/8/2019 4:51 PM