# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CRIMINAL NO.  19-137 RB |
| ) | |
| MARIO REYNOSO, ) | |
| ) | |
| Defendant. ) | |

## INFORMATION CHARGING PRIOR CONVICTION PURSUANT TO THE PROVISIONS OF 21 U.S.C. § 851

The defendant, Mario Reynoso, is presently charged in the above-captioned case with distribution of 5 grams and more of methamphetamine, in violation of §§ 21 U.S.C. 841(a)(1) and 841(b)(1)(B).

21 U.S.C. § 841(b)(1)(B) provides that if any person commits a violation of 21 U.S.C. § 841(b)(1)(B), after a prior conviction for a serious felony drug offense has become final, such person shall be subject to a term of imprisonment to not less than 10 years and not more than life imprisonment, a term of supervised release of at least 8 years and a fine not to exceed $8,000,000.

Before the defendant, Mario Reynoso, committed the offense charged in the indictment, the defendant was convicted in the Western District of Texas in Cr EP-03-CR-301-DB of importing over 50 kilograms of marijuana, a serious drug felony, for which he served more than 12 months of imprisonment and for which he was released from serving any term of imprisonment related to that offense within 15 years of the commencement of the instant offense.

A copy of the Judgment in that case is attached as Exhibit 1.

1

The United States hereby provides notice to the defendant and this Honorable Court that it will be relying upon the above-described prior felony drug conviction to trigger the application of the enhanced penalty provisions of 21 U.S.C. § 841(b)(1)(B) to the charge in the indictment in the present case, as provided for in 21 U.S.C. § 851.

          Respectfully submitted,

          JOHN C. ANDERSON
          United States Attorney

          *Electronically Filed 05/03/19*
          RENEE L. CAMACHO
          NICOLE T. HAMMOND
          Assistant United States Attorneys
          200 N. Church St.
          Las Cruces, NM 88001
          (575) 522-2304

I HEREBY CERTIFY that I electronically filed the foregoing using the CM/ECF system, which will send notification to defense counsel of record.

*Electronically Filed 05/03/19*
RENEE L. CAMACHO
Assistant United States Attorney