FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

MAY 07 2019

MITCHELL R. ELFERS
CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | CRIMINAL NO. 19-CR-137 RB |
| vs. | ) | 21 U.S.C. §§ 841(a)(1) and (b)(1)(B): Distribution of 5 Grams and More of Methamphetamine. |
| **MARIO REYNOSO,** **a.k.a. Mario Hernandez,** | ) | |
| Defendant. | ) | |

## SUPERSEDING INDICTMENT

The Grand Jury charges:

On or about May 8, 2018, in Doña Ana County, in the District of New Mexico, the defendant, **MARIO REYNOSO**, unlawfully, knowingly and intentionally distributed a controlled substance, 5 grams and more of methamphetamine.

In violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(B).

## SENTENCING ALLEGATION

Before the defendant, **MARIO REYNOSO,** committed the offenses charged in the indictment, the defendant was convicted of Importing a Controlled Substance which Offense Involved 50 Kilograms or More of Marijuana, in violation of 21 U.S.C. § 952 and 960, a serious drug felony, for which he served more than 12 months of imprisonment and for which he was released from serving any term of imprisonment related to that offense within 15 years of the commencement of the instant offense.

A TRUE BILL:

_____/s/_____
FOREPERSON OF THE GRAND JURY

_____
Assistant United States Attorney

5/6/2019