IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

FILED
UNITED STATES DISTRICT COURT
LAS CRUCES, NEW MEXICO

JUL -9 2019

MITCHELL R. ELFERS
CLERK OF COURT

UNITED STATES OF AMERICA,

    Plaintiff,

v.

        No. 19-cr-00137 RB

MARIO REYNOSO,

    Defendant.

## JURY INSTRUCTIONS

*[signature]*
07-09-19

## INSTRUCTION NO. 1

You have found the defendant guilty of distributing methamphetamine in violation of 21 U.S.C. § 841(a)(1).

You will be asked to make additional findings in a verdict form related to a sentencing enhancement. For such an enhancement to apply, the government will need to prove the following:

*First*: the defendant was previously convicted of a serious drug felony;

*Second*: the defendant served more than 12 months of imprisonment for that serious drug felony;

*Third*: the defendant was released from any term of imprisonment for the serious drug felony conviction within 15 years of the date of the commencement of the offense charged in the indictment, that is distribution of 5 grams and more of methamphetamine on or about May 8, 2018.

Importing a Controlled Substance which Offense Involved 50 Kilograms or More of Marijuana, in violation of 21 U.S.C. § 952 and 960, is a serious drug offense.

A "term of imprisonment" includes any term of imprisonment originally served for the serious drug felony and any term of imprisonment subsequently served as a result of a violation of supervised release for the same serious drug felony conviction. The original term of imprisonment and the term of imprisonment for the supervised release violation are to be added together to determine whether the total term of imprisonment exceeded 12 months.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) No. CR 19-137 RB |
| MARIO REYNOSO, | ) |
| Defendant. | ) |

## VERDICT

1. **WE, THE JURY**, having found the defendant guilty of Distribution of 5 Grams and More of Methamphetamine, further unanimously find that he committed that offense after having been convicted of a serious drug felony for which the defendant served more than 12 months imprisonment *(place an X in the appropriate box)*:

☐ Yes

☐ No

2. **WE, THE JURY,** having found the defendant guilty of Distribution of 5 Grams and More of Methamphetamine, further unanimously find that the defendant was released from any term of imprisonment for the serious drug felony within 15 years of May 8, 2018, the date of the instance offense, as charged in the Superseding Indictment *(place an X in the appropriate box)*:

☐ Yes

☐ No

**DATED** this _____ day of July, 2019.

_____
**FOREPERSON**