**FILED**
UNITED STATES DISTRICT COURT
LAS CRUCES, NEW MEXICO

JUL -9 2019

MITCHELL R. ELFERS
CLERK OF COURT

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEW MEXICO**

UNITES STATES OF AMERICA,

        Plaintiff,

vs.                    Case No. CR 19-137 RB

MARIO REYNOSO ,

        Defendant.    REDACTED

## JURY TRIAL QUESTIONS SUBMITTED BY JURORS

UNITED STATES DISTRICT COURT

FOR THE

DISTRICT OF NEW MEXICO


UNITED STATES OF AMERICA,

      Plaintiff,

  v.

                                           NO.  CR 19-137 RB

MARIO REYNOSO,

      Defendant (s),

### NOTE FROM THE JURY

YOUR HONOR,

_We have made a verdict_

Dated at Las Cruces on _9 July 2019_ .Time: _4:18 PM_

SIGNATURE OF FOREPERSON

UNITED STATES DISTRICT COURT

FOR THE

DISTRICT OF NEW MEXICO


UNITED STATES OF AMERICA,

       Plaintiff,

   v.

                                NO.  CR 19-137 RB

MARIO REYNOSO,

       Defendant (s),

## NOTE FROM THE JURY

YOUR HONOR,

We, the jury, have reached a verdict.

_____

_____

_____

_____

_____

_____

_____

_____

Dated at Las Cruces on   9 June 2019   .Time: 4:56 PM

SIGNATURE OF FOREPERSON