IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

FILED
UNITED STATES DISTRICT COURT
LAS CRUCES, NEW MEXICO

JUL -9 2019

MITCHELL R. ELFERS
CLERK OF COURT

UNITED STATES OF AMERICA,          )
                                   )
        Plaintiff,                 )
                                   )
v.                                 )       No. CR 19-137 RB
                                   )
MARIO REYNOSO,                     )
                                   )
        Defendant.                 )

REDACTED

## VERDICT

WE, THE JURY, find the defendant, MARIO REYNOSO, __Guilty__ of
                                                 (Guilty/Not Guilty)
Distribution of 5 Grams and More of Methamphetamine.

DATED this __9__ day of July, 2019.

FOREPERSON