FILED
UNITED STATES DISTRICT COURT
LAS CRUCES, NEW MEXICO

JUL - 9 2019

MITCHELL R. ELFERS
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MARIO REYNOSO,<br><br>Defendant. | )<br>)<br>)<br>)<br>)  No. CR 19-137 RB<br>)<br>)<br>)<br>) |

REDACTED

## VERDICT

1. **WE, THE JURY**, having found the defendant guilty of Distribution of 5 Grams and More of Methamphetamine, further unanimously find that he committed that offense after having been convicted of a serious drug felony for which the defendant served more than 12 months imprisonment *(place an X in the appropriate box)*:

☒ Yes

☐ No

2. **WE, THE JURY**, having found the defendant guilty of Distribution of 5 Grams and More of Methamphetamine, further unanimously find that the defendant was released from any term of imprisonment for the serious drug felony within 15 years of May 8, 2018, the date of the instance offense, as charged in the Superseding Indictment *(place an X in the appropriate box)*:

☒ Yes

☐ No

DATED this __9__ day of July, 2019.   ███████████████

FOREPERSON