# UNITED STATES DISTRICT COURT, DISTRICT OF NEW MEXICO
## SENTENCING MINUTE SHEET

| | | | |
|---|---|---|---|
| CR No: | **19-137 RB** | USA vs.: | **REYNOSO** |
| Date: | **9/1/2020** | Name of Deft: | **MARIO REYNOSO** |

| | |
|---|---|
| Before the Honorable: | **ROBERT C. BRACK, SENIOR UNITED STATES DISTRICT JUDGE** |
| Time In/Out: | **11:42 A.M. – 12:41 P.M.**    Total Time in Court (**for JS10**): **58 MINUTES** |
| Clerk: | **JESSICA CHAVEZ**    Court Reporter: **VANESSA ALYCE** |
| AUSA: | **RENEE CAMACHO**    Defendant's Counsel: **RUSSELL DEAN CLARK** |
| Sentencing in: | **LAS CRUCES**    Interpreter: **NONE** |
| Probation Officer: | **YVONNE SANDOVAL**    Sworn? Yes / No |

| Convicted on: | Plea | | **X** Verdict | As to: | Information | **X** Indictment |
|---|---|---|---|---|---|---|
| If Plea: | Accepted | Not Accepted | Adjudged/Found Guilty on Counts: | **(Superseding Indictment)** | | |
| If Plea Agreement: | Accepted | Not Accepted | No Plea Agreement | Comments: | | |

| | | | |
|---|---|---|---|
| Date of Plea/Verdict: | **7/9/2019** | PSR: **X** Not Disputed / Disputed | |
| PSR: **X** Court Adopts PSR Findings | | Evidentiary Hearing: **X** Not Needed / Needed | |

Exceptions to PSR: **CORRECTION TO PSR: PARAGRAPH 15, LANGUAGE AS TO DISTRIBUTION AND POSSESSION; COURT VARIES**

### SENTENCE IMPOSED

| | |
|---|---|
| Imprisonment (BOP): | **280 MONTHS** |
| Supervised Release: | **10 YEARS** |
| Probation: | |

| | | | |
|---|---|---|---|
| **X** | 500-HOUR DRUG PROGRAM | | BOP SEX OFFENDER PROGRAM    OTHER: |

| | | |
|---|---|---|
| Court recommends ICE begin removal proceedings immediately or during service of sentence | **X** | ICE not applicable |

### SPECIAL CONDITIONS OF SUPERVISION

| | | | | |
|---|---|---|---|---|
| **X** | Participate in/successfully complete substance abuse program and testing | **X** | Reside halfway house (up to) 6 months | |
| **X** | Refrain from use/possession of alcohol/intoxicants | **X** | Community service 100 hours during term of supervision | |
| **X** | Submit to search of person/property | **X** | Mental health treatment program and take all medications as prescribed | |
| **X** | Grant limited waiver of confidentiality (substance and mental) | **X** | Provide financial information | |
| **X** | Participate in an educational or vocational program | **X** | Meet any legal obligation for support any person | |
| **X** | Refrain from the use and possession of synthetic cannabinoids or other legally sold designer drugs | **X** | Not possess, sell, offer for sale, transport, cause to affect interstate commerce, import, or export any drug paraphernalia | |

**OTHER:**

| | | | |
|---|---|---|---|
| Fine: $ | | Restitution: $ | |
| SPA: $ | **100** ($100) as to each Count | Payment Schedule: **X** Due Imm. / Waived | |

OTHER:

| | | | |
|---|---|---|---|
| **X** | Advised of Right to Appeal | | Waived Appeal Rights per Plea Agreement |
| **X** | Held in Custody | | Voluntary Surrender |
| **X** | Recommended place(s) of incarceration: | **EL RENO, OKLAHOMA, IF ELIGIBLE** | |

OTHER COMMENTS: